IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
MAY 22 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>XUE HEU<br><br>　　　　　Defendant. | CR NO: 14-cr-164 LJO-SKO<br>　　　　　15-cr-119 LJO-SKO |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum　　　　☐ Ad Testificandum

Name of Detainee: XUE HEU
Detained at: Stanislaus County Men's Jail
Detainee is: a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
　　　　　　　　　　charging detainee with: Wire Fraud and Conspiracy to Commit Wire Fraud
　　or　　b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings
　　or　　b.) ☒ be retained in federal custody until final disposition of federal charges, ~~as a sentence is currently being served at the detaining facility~~

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/Henry Z. Carbajal III |
| Printed Name & Phone No: | Henry Z. Carbajal III; (559) 497-4028 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum　　　　☐ Ad Testificandum

　　The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 5/22/15　　　　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　Honorable Sheila K. Oberto
　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Michael Chan | ☒Male ☐Female | |
| Booking or CDC #: | 1371367 | DOB: | 3/27/1977 |
| Facility Address: | 115 H Street, Modesto, CA 95354 | Race: | |
| Facility Phone: | 209-491-8727 | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____　　　_____
　　　　　　　　　　　　　　　　　　(signature)