# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                Plaintiff,<br><br>      v.<br><br>**XUE HEU**<br><br>                Defendant. | CR NO: 14-cr-164 LJO-SKO<br>           15-cr-119 LJO-SKO |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum      ☐ Ad Testificandum

Name of Detainee: XUE HEU
Detained at: Stanislaus County Men's Jail
Detainee is:    a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
                     charging detainee with: Wire Fraud and Conspiracy to Commit Wire Fraud
   or    b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:    a.) ☐ return to the custody of detaining facility upon termination of proceedings
                b.) ☒ be retained in federal custody until final disposition of federal charges, specifically hearings on or about July 20, 2015 on a petition for violation of pre-trial release conditions and sentencing. After the conclusion of the disposition of federal charges, detainee will be returned to state custody for the conclusion of his pending state proceedings.

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/Henry Z. Carbajal III |
| Printed Name & Phone No: | Henry Z. Carbajal III; (559) 497-4028 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: July 10, 2015                        **/s/ Gary S. Austin**
                                            Honorable Gary S. Austin
                                            U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Michael Chan | ☒ Male ☐ Female | |
| Booking or CDC #: | 1371367 | DOB: | 3/27/1977 |
| Facility Address: | 115 H Street, Modesto, CA 95354 | Race: | |
| Facility Phone: | 209-491-8727 | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____      _____
                                                                (signature)