BENJAMIN B. WAGNER
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>XUE HEU,<br><br>                              Defendant. | CASE NO.  1:14-cr-00164 LJO-SKO<br>CASE NO.  1:15-cr-00119 LJO-SKO<br><br>STIPULATION RE RESTITUTION<br>ORDER<br><br>DATE:   July 20, 2015<br>TIME:    8:30 a.m.<br>JUDGE: Hon. Lawrence J. O'Neill<br>**REDACTED** |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1.      The defendant will be sentenced by the Court on July 20, 2015, following conviction pursuant to a plea agreement and guilty plea to two counts of wire fraud (18 U.S.C. § 1343) in Case No. 14-cr-164, and one count of  wire fraud and aiding and abetting (18 U.S.C. §§ 1343 and 2) in Case No. 15-cr-119.

2.      The parties have reached this agreement and stipulation as to the restitution amount owed by the defendant in both cases, as set forth below.  The parties therefore jointly request that the agreed restitution be incorporated into the judgment following sentencing.

1

3.      The parties agree and stipulate, and request that the Court find the following:

a.      The total amount of restitution owed by defendant Heu is set forth in Attachment A to this stipulation.  Attachment A describes the total amount of restitution and the apportionment of restitution among defendant Heu's victims in his two cases.

b.      The parties' stipulation and the agreed amounts in Attachment A satisfy the requirements of 18 U.S.C. § 3664(d)(5), requiring a determination of victim's losses "not to exceed 90 days after sentencing."

c.      Defendant Heu agrees that the judgment and commitment issued regarding his two cases will include the restitution amounts and apportionment agreed to in Attachment A.

d.      Restitution as stated in Attachment A shall be due during the period of imprisonment, at the rate of not less than $25 per quarter, and pursuant to the Bureau of Prisons' Inmate Financial Responsibility Program.  If any amount of restitution remains unpaid after release from custody, the United States Probation Officer assigned to Xue Heu shall set a schedule ordering payments depending on the defendant's monthly income, but not less than $50.00 per month, during the period of supervised release, such payments to begin 120 days after the commencement of supervision. The interest is waived.

IT IS SO STIPULATED.

DATED:      July 16, 2015

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

DATED:      July 16, 2015

/s/Andras Farkas
ANDRAS FARKAS
Counsel for Defendant
XUE HEU

/ / /

/ / /

/ / /

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**O R D E R**

IT IS SO ORDERED.

    Dated:   __July 16, 2015__                 __/s/ Lawrence J. O'Neill__
                                        UNITED STATES DISTRICT JUDGE